UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-2151 MJD/SRN

| | |
|---|---|
| KIM THUY NGUYEN, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| U.S. Citizenship and Immigration Services, et. al, | ) |
| Defendants. | ) |

Upon the Stipulation of the plaintiff and two defendants, no hearing being deemed necessary, and for good cause shown, it is

ORDERED: That this matter is hereby dismissed, as moot.

Dated: October 20, 2006   BY THE COURT:

S / Michael J. Davis
MICHAEL J. DAVIS
U. S. District Judge